IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:17-MJ-696-BF |
| | § | (District of Nevada No. 17-MJ-943) |
| ZHANG XIAO DONG, a/k/a | § | |
| MARK ZHANG, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending a ruling on the government's emergency motion for revocation of release order as to Zhang Xiao Dong ("Zhang"), the order of the United States Magistrate Judge for the District of Nevada releasing Zhang on a $200,000 cash bond with other conditions is STAYED.

Zhang may file in this court, under Criminal No. 3:17-MJ-696-BF, a response to the government's emergency motion for revocation of release order. The government may file a reply to any such response no later than 5:00 p.m. CDT of the next business day after the response is filed. Unless the court orders otherwise, the government's motion will be decided without an evidentiary hearing and without oral argument.

**SO ORDERED**.

October 16, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE